*United States District Court—Eastern District of Michigan, in Admiralty.*

## JOHN CLARK

### vs.

## SCHOONER NEW HAMPSHIRE.

*Maritime Contract—Land Contract—Jurisdiction.*

Vessel not liable for proceeds of sale of merchandise by the Master.

Libelant shipped cargo by the schooner New Hampshire from Presque Isle to Detroit, with instructions to master to sell cargo on arrival at Detroit. The cargo arrived and was sold by the Master

Action against vessel to recover the proceeds of the sale.

THE COURT, BROWN, DISTRICT JUDGE, held that there were two contracts, one to carry and one to sell, the first a maritime contract; the other a land contract. That the vessel had completed the maritime contract when the goods were delivered at the port of Detroit. The contract to sell was with the Master alone, making him consignee; and being a land contract, in which the vessel was not concerned, the court had no jurisdiction.

Libel dismissed.—January 12, 1880.

> *Brennan and Donnelly* for Libelant.
> *George E. Halladay* for Respondent.